UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80036-RS

STEPHEN MUCCIO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation of Dismissal [DE 11]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of March, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record